# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY L. STEWART,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. CV 07-7146 CAS (FMO)<br><br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the Court's Order of November 9, 2007, plaintiff's Motion for Summary Judgment ("Motion") was due on May 30, 2008. It appears from the record that plaintiff's Motion has not been filed as required by the Court's Order of November 9, 2007.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **June 30, 2008**, plaintiff shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to prosecute this action and/or to comply with the Court's Order of November 9, 2007. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In particular, plaintiff's declaration must address why the Motion for Summary Judgment has not been filed, even though it was due nearly two weeks ago. Failure timely to file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute and/or to comply with a court order.**

**Filing of the Motion for Summary Judgment shall be a satisfactory response to the Order to Show Cause.  However, absent exceptional circumstances, no extensions will be granted for the filing of the Motion for Summary Judgment**.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2008.

/s/
Fernando M. Olguin
United States Magistrate Judge